**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gerald Anthony HALL, Defendant–Appellant.**

No. 04–6683.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Nov. 24, 2004.

Gerald Anthony Hall, Appellant pro se.

Jennifer Marie Hoefling, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Anthony Hall appeals the district court's order denying his motion for dismissal of indictment, Fed.R.Crim.P. 12(b)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hall,* No. CR–94–195–MU (W.D.N.C. Mar. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*